**LLOYD KRAUS, CHAPTER 13 TRUSTEE**  
Payee: Clerk of the Court  
Check #.: **1192268**

Please notify the Court & this office of any changes made to your account number, address, claim assignment, etc.

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1910077 | 00000 | JOSHUA M. STOTT | | 0.00 | 1,222.28 | 0.00 | 1,222.28 |
| | | Original Check written to: | | | | | |
| | | JOSHUA M. STOTT | | | | | |
| | | 6550 VIOLET | | | | | |
| | | LUMBERTON, TX,   77657 | | | | | |
| | | | TOTALS | 0.00 | 1,222.28 | 0.00 | 1,222.28 |